THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mario Jarel
 Finklea, Appellant.
 
 
 

Appeal From Richland County
Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No.  2007-UP-408
Submitted October 1, 2007  Filed October
 4, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Warren Blair Giese,
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Mario Jarel Finklea, pled guilty to three
 counts of criminal sexual conduct in the first degree, three counts of
 kidnapping, one count of assault and battery of a high and aggravated nature,
 and one count of burglary in the second degree.  The trial court sentenced him
 to thirty years on each of the criminal sexual conduct and kidnapping charges,
 and ten years each on the assault charge and the burglary charge, the sentences
 to run consecutively.  Finkleas
 counsel attached to the brief a petition to be relieved as counsel, stating
 that she had reviewed the record and concluded this appeal lacks merit. 
 Finklea did not file a separate pro se brief.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.